1 | LAW OFFICES OF ANDREW L. PACKARD
ANDREW L. PACKARD (Bar No. 168690)
2 | MICHAEL P. LYNES (Bar No. 230462)
319 Pleasant Street
3 | Petaluma, CA 94952
Telephone: (707) 763-7227
4 | Facsimile: (415) 763-9227
andrew@packardlawoffices.com
5 | michael@packardlawoffices.com

6 | Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
7 | ALLIANCE

8 | DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
9 | GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
10 | Sacramento, CA  95814-4686
Telephone: (916) 444-1000
11 | Facsimile: (916) 444-2100
ngranquist@downeybrand.com
12 | gbroderick@downeybrand.com

13 | Attorneys for Defendant
WOODLAND BIOMASS LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>WOODLAND BIOMASS LTD.,<br><br>Defendant. | Case No.  2:07-CV-01431-LEW-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Civil Rule 6-144, Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendant Woodland Biomass, Ltd. (Woodland Biomass) hereby stipulate to extending the time to respond to Plaintiff's Complaint.  By a stipulation of the parties filed with this Court on November 15, 2007, the due date for Defendant's responsive pleading was previously extended from December 5, 2007, to its current date of January 4, 2008.  With this

extension, the due date for a responsive pleading would be February 4, 2008.

The parties have engaged in extensive settlement discussions and counsel for CSPA and Woodland Biomass are continuing to refine settlement terms.  Based on the substantial progress to date, the parties believe it likely that this case will be resolved without further judicial involvement.  Indeed, counsel for Woodland Biomass has substantially completed a draft settlement agreement which will be circulated to counsel for CSPA shortly.  Thus, pursuant to Local Rule 6-144(a), the parties hereby stipulate to extend the time in which Defendant may file its Answer or otherwise move with respect to Plaintiff's Complaint by an additional 30 days, up to and including February 4, 2008.

If the parties execute a settlement agreement as expected, it will be likely that the parties will request a further extension from this Court so that the agreement may be finalized and reviewed by appropriate government agencies, if necessary, before stipulated dismissal.

Respectfully Submitted,

DATED: January 2, 2008   DOWNEY BRAND LLP

By:   /s/
      GREGORY T. BRODERICK
      Attorney for Defendant
      WOODLAND BIOMASS LTD.

DATED: January 2, 2008   LAW OFFICES OF ANDREW L. PACKARD

By:   /s/
      MICHAEL P. LYNES
      Attorney for Plaintiff
      CALIFORNIA SPORTFISHING
      PROTECTION ALLIANCE

**IT IS SO ORDERED:**

DATED: January 2, 2008    /s/ Ronald S. W. Lew
_____   UNITED STATES DISTRICT JUDGE

H:\DTE Energy\Stipulation and Proposed Order extending time to answer.DOC

2

STIPULATION and [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com