1  LAW OFFICES OF ANDREW L. PACKARD
   ANDREW L. PACKARD (Bar No. 168690)
2  MICHAEL P. LYNES (Bar No. 230462)
   319 Pleasant Street
3  Petaluma, CA 94952
   Telephone: (707) 763-7227
4  Facsimile: (415) 763-9227
   andrew@packardlawoffices.com
5  michael@packardlawoffices.com

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
7  ALLIANCE

8  DOWNEY BRAND LLP
   NICOLE E. GRANQUIST (Bar No. 199017)
9  GREGORY T. BRODERICK (Bar No. 220871)
   555 Capitol Mall, Tenth Floor
10 Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
11 Facsimile: (916) 444-2100
   ngranquist@downeybrand.com
12 gbroderick@downeybrand.com

13 Attorneys for Defendant
   WOODLAND BIOMASS LTD.

14

15                UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17 CALIFORNIA SPORTFISHING              Case No.  2:07-CV-01431-LEW-EFB
   PROTECTION ALLIANCE, a non-profit
18 corporation
                                        **STIPULATION AND [PROPOSED]**
19              Plaintiff,              **ORDER EXTENDING THE TIME TO**
                                        **MEET AND CONFER UNDER FED. R.**
20 v.                                   **CIV. P. 26(f) and TO SUBMIT A JOINT**
                                        **STATUS REPORT THAT INCLUDES A**
21 WOODLAND BIOMASS LTD.,               **RULE 26(f) DISCOVERY PLAN**
                Defendant.

22         Pursuant to Local Civil Rule 6-144, Plaintiff California Sportfishing Protection Alliance

23 (CSPA) and Defendant Woodland Biomass, Ltd. (Woodland Biomass) hereby stipulate to

24 extending the time to meet and confer under Federal Rule of Civil Procedure 26(f) and to "submit

25 a Joint Status Report that includes the Rule 26(f) discovery plan," as required in this Court's form

26 order of July 18, 2007.  All parties have been served in this matter and the due date for

27 Defendant's responsive pleading is presently February 4, 2008.

28 / / /

901377.1                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties have engaged in extensive settlement discussions and counsel for Woodland

2    Biomass has circulated a draft settlement agreement.  While all terms are not yet agreed upon,

3    counsel for CSPA and Woodland Biomass believe that a settlement agreement is likely to be

4    executed by month's end.  Based on the likelihood of settlement, the parties believe it likely that

5    this case will be resolved without further judicial involvement and that the Court and the parties

6    would be best served by extending the due date for the Rule 26(f) conference and joint status

7    report at this time.  Thus, pursuant to Local Rule 6-144(a), the parties hereby stipulate to extend

8    the time in which the parties must meet and confer under Federal Rule of Civil Procedure 26(f)

9    and submit a status report to this Court by 60 days, up to and including March 17, 2008.

10    If the parties execute a settlement agreement as expected, it will be likely that the parties

11    will request a further extension from this Court so that the agreement may be finalized and

12    reviewed by appropriate government agencies, if necessary, before stipulated dismissal.

13    Respectfully Submitted,

14

15    DATED:  January 14, 2008            DOWNEY BRAND LLP

16

17                                        By:     / s /  Gregory T. Broderick
                                                  GREGORY T. BRODERICK
18                                                Attorney for Defendant
                                                  WOODLAND BIOMASS LTD.
19

20    DATED:  January 14, 2008            LAW OFFICES OF ANDREW L. PACKARD

21

22                                        By:     / s /  Michael P. Lynes
                                                  MICHAEL P. LYNES
23                                                Attorney for Plaintiff
                                                  CALIFORNIA SPORTFISHING
24                                                PROTECTION ALLIANCE

25    **IT IS SO ORDERED:**

26

27    DATED:  January 15, 2008            /s/ Ronald S. W. Lew
                                          UNITED STATES DISTRICT JUDGE
28

901377.1                                  2

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME UNDER FED. R. CIV. P. 26(f)