1  LAW OFFICES OF ANDREW L. PACKARD
   ANDREW L. PACKARD (Bar No. 168690)
2  MICHAEL P. LYNES (Bar No. 230462)
   319 Pleasant Street
3  Petaluma, CA 94952
   Telephone: (707) 763-7227
4  Facsimile: (415) 763-9227
   andrew@packardlawoffices.com
5  michael@packardlawoffices.com

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
7  ALLIANCE

8  DOWNEY BRAND LLP
   NICOLE E. GRANQUIST (Bar No. 199017)
9  GREGORY T. BRODERICK (Bar No. 220871)
   555 Capitol Mall, Tenth Floor
10 Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
11 Facsimile: (916) 444-2100
   ngranquist@downeybrand.com
12 gbroderick@downeybrand.com

13 Attorneys for Defendant
   WOODLAND BIOMASS LTD.

14

15              UNITED STATES DISTRICT COURT

16            EASTERN DISTRICT OF CALIFORNIA

17 CALIFORNIA SPORTFISHING          Case No.  2:07-CV-01431-LEW-EFB
   PROTECTION ALLIANCE, a non-profit
18 corporation
                                    **STIPULATION AND ORDER**
19            Plaintiff,            **EXTENDING THE TIME FOR**
                                    **DEFENDANT TO RESPOND TO**
20 v.                              **PLAINTIFF'S COMPLAINT**

21 WOODLAND BIOMASS LTD.,

22            Defendant.

23         Pursuant to Local Civil Rule 6-144, Plaintiff California Sportfishing Protection Alliance

24 (CSPA) and Defendant Woodland Biomass, Ltd. (Woodland Biomass) hereby stipulate to

25 extending the time to respond to Plaintiff's Complaint.  By stipulations of the parties, the due date

26 for Defendant's responsive pleading was previously extended from its original due date of

27 December 5, 2007 to January 4, 2008, and then to February 4, 2008.  With this extension, the due

28

905576.1                                1

PDF created with pdfFactory trial version www.pdffactory.com

1  date for a responsive pleading would be March 5, 2008.

2        The parties have engaged in extensive settlement discussions and counsel for CSPA and

3  Woodland Biomass are agreed on almost all terms.  Based on the apparent imminency of

4  settlement, the parties believe it very likely that this case will be resolved without further judicial

5  involvement.  Thus, pursuant to Local Rule 6-144(a), the parties hereby stipulate to extend the

6  time in which Defendant may file its Answer or otherwise move with respect to Plaintiff's

7  Complaint by an additional 30 days, up to and including March 5, 2008.

8        If the parties execute a settlement agreement as expected, it will be likely that the parties

9  will request a further extension from this Court so that the agreement may be finalized and

10 reviewed by appropriate government agencies, if necessary, before stipulated dismissal.

11       Respectfully Submitted,

12
13 DATED:  February 1, 2008            DOWNEY BRAND LLP

14
15                                     By:    /s/ Gregory T. Broderick
                                             GREGORY T. BRODERICK
16                                           Attorney for Defendant
                                             WOODLAND BIOMASS LTD.
17
18
19 DATED:  February 1, 2008            LAW OFFICES OF ANDREW L. PACKARD

20
21                                     By:    /s/ Michael P. Lynes
                                             MICHAEL P. LYNES
22                                           Attorney for Plaintiff
                                             CALIFORNIA SPORTFISHING
23                                           PROTECTION ALLIANCE

24 **IT IS SO ORDERED:**

25 DATED:  February 4, 2008                ____/s/ Ronald S. W. Lew_____

26 _____           UNITED STATES DISTRICT JUDGE

27
28

905576.1                              2

STIPULATION and [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com