LAW OFFICES OF ANDREW L. PACKARD
ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
andrew@packardlawoffices.com
michael@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendant
WOODLAND BIOMASS LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>WOODLAND BIOMASS LTD.,<br><br>Defendant. | Case No.  2:07-CV-01431-LEW-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Civil Rule 6-144, Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendant Woodland Biomass, Ltd. (Woodland Biomass) hereby stipulate to extending the time to respond to Plaintiff's Complaint.  By stipulations of the parties, the due date for Defendant's responsive pleading was previously extended from its original due date of December 5, 2007 to January 4, 2008, then to February 4, 2008, and finally to March 5, 2008.  With this extension, the due date for a responsive pleading would be May 19, 2008.

912189.1

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties have used the previous extensions to engage in extensive settlement discussions and counsel for CSPA and Woodland Biomass are agreed on all terms.  A final agreement has been circulated to the parties who are putting it through their various processes for approval.  It is likely that the agreement will be signed very shortly, and perhaps within days.  Based on the forthcoming settlement, the parties believe it very likely that this case will be resolved without further judicial involvement.  Thus, pursuant to Local Rule 6-144(a), the parties hereby stipulate to extend the time in which Defendant may file its Answer or otherwise move with respect to Plaintiff's Complaint by an additional 75 days, up to and including May 5, 2008.  This should permit the parties to execute the settlement agreement, submit the agreement to the appropriate government agencies for statutory review, and file a  stipulated dismissal terminating this matter.

Respectfully Submitted,

DATED:  March 5, 2008          DOWNEY BRAND LLP


By:   /s/ Gregory T. Broderick
         GREGORY T. BRODERICK
         Attorney for Defendant
         WOODLAND BIOMASS LTD.


DATED:  March 5, 2008          LAW OFFICES OF ANDREW L. PACKARD


By:   /s/ Michael P. Lynes
         MICHAEL P. LYNES
         Attorney for Plaintiff
         CALIFORNIA SPORTFISHING
         PROTECTION ALLIANCE


**IT IS SO ORDERED:**

DATED:  March 5, 2008           /s/ Ronald S. W. Lew
         UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com