ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9229
E-mail:  andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaudrury.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>WOODLAND BIOMASS, LTD.,<br><br>　　　　　　Defendant. | Case No. 2:07-CV-01431-JAM-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

　　　　WHEREAS, on March 29, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Woodland Biomass Ltd. ("Defendant") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

　　　　WHEREAS, on July 18, 2007 CSPA filed its Complaint against Defendant in this Court, *California Sportfishing Protection Alliance v. Woodland Biomass Ltd.*, Case No. 2:07-cv-01431-JAM-EFB.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, CSPA and Defendant, through their authorized representatives and without
2   either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other
3   wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set
4   forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further
5   litigation.  A copy of the Settlement Agreement entered into by and between CSPA and
6   Defendant is attached hereto as Exhibit A and incorporated by reference.

7   WHEREAS, the parties submitted the Settlement Agreement via certified mail, return
8   receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review
9   period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

10  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
11  parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice
12  pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order
13  from this Court dismissing such claims with prejudice.  In accordance with paragraphs 2 and 19
14  of the Settlement Agreement, the parties also request that this Court retain and have jurisdiction
15  over the Parties with respect to disputes arising under the agreement.

Dated: _____     LAW OFFICES OF ANDREW L. PACKARD

By:_____
Michael P. Lynes
Attorney for Plaintiff

Dated: _____     DOWNEY BRAND LLP

By:_____
Gregory T. Broderick
Attorney for Defendant

STIPULATION TO DISMISS WITH PREJUDICE;            CASE NO. 2:07-CV-01431-JAM-EFB
[PROPOSED] ORDER                          2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Woodland Biomass Ltd., as set forth in the Notice and Complaint filed in Case No. 2:07-cv-01431-JAM-EFB, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED

EASTERN DISTRICT COURT OF CALIFORNIA

Dated: May 15, 2008

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com